Yakub Hazzard (SBN 150242)
YHazzard@rkmc.com
Lauren Sudar (SBN 222743)
LSudar@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

Attorneys for Plaintiff
THE RAY CHARLES FOUNDATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RAY CHARLES FOUNDATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAY CHARLES ROBINSON, JR., an individual; MARY JANE ROSS, an individual; RANDOM HOUSE, INC., a New York corporation; THE CROWN PUBLISHING GROUP, a division of RANDOM HOUSE, INC., a New York corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV10 8799 R (AJWx)<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)**<br><br>Complaint Filed: November 17, 2010 |

60416264.1

STIPULATION FOR DISMISSAL WITH PREJUDICE

TO THIS HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff The Ray Charles Foundation ("Plaintiff"), by and through its attorney of record, Yakub Hazzard, Esq., Robins, Kaplan, Miller & Ciresi L.L.P., on the one hand, and Defendants Ray Charles Robinson, Jr., Mary Jane Ross, Random House, Inc., and Crown Publishing Group, a division of Random House, Inc. (collectively, "Defendants"), by and through their attorney of record, Rollin Ransom, Esq., Sidley Austin LLP, on the other hand, hereby stipulate as follows:

IT IS HEREBY STIPULATED by, between and among Plaintiff and Defendants pursuant to Federal Rules of Civil Procedure, Rule 41(a), as follows:

The entire Complaint as to all Defendants is dismissed with prejudice, with each party to bear its own fees and costs.

DATED: February 4, 2011  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Yakub Hazzard
Yakub Hazzard

**ATTORNEYS FOR PLAINTIFF**

DATED: February 4, 2011  **SIDLEY AUSTIN LLP**

By: /s/ Rollin A. Ransom
Rollin A. Ransom

**ATTORNEYS FOR DEFENDANTS**

60416264.1

- 1 -

STIPULATION FOR DISMISSAL WITH PREJUDICE